1393-14

COA #   10-11-00213-CR                     OFFENSE:  Capital Murder

STYLE:   Fernando Juarez v. The State of Texas      COUNTY:  Ellis

TRIAL COURT:         40th District Court                                    MOTION
TRIAL COURT #:       34946-CR               FOR REHEARING IS:
TRIAL COURT JUDGE:  Hon. Bob Carroll        DATE:
                     Reformed; Affirmed as
DISPOSITION:   Reformed                      JUDGE:


DATE:     October 9, 2014

JUSTICE:   Chief Justice Gray      PC ____   S   X ____
PUBLISH:  _____  .        DNP:  X ____

CLK RECORD:   July 12, 2011          SUPP CLK RECORD:   July 21, 2011
RPT RECORD:   January 2, 2012        SUPP RPT RECORD:
STATE BR:     August 17, 2012        SUPP BR:           September 5, 2014
APP BR:       March 22, 2012         APP SUPP BR:       July 5, 2012
APP 2D SUPP BR  September 4, 2014


## IN THE COURT OF CRIMINAL APPEALS

CCA # _____

------------------------

__APPELLANT'S__  Petition          Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE: _____
__REFUSED__                              JUDGE: _____
DATE: _02/04/2015_                        SIGNED: _____  .  PC: _____
JUDGE: _Per Curiam_                      PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR REHEARING IN        MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____          _____ ON _____

JUDGE: _____             JUDGE: _____